Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liberty Surplus Insurance Corporation<br><br>Plaintiff(s),<br><br>v.<br><br>Perma-Pipe, Inc<br><br>Defendant(s). | Case No: C-13-0908-MEJ<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Craig Penrose, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Perma-Pipe, Inc. in the above-entitled action. My local co-counsel in this case is Kenneth G. Jones, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Laurie & Brennan, LLP<br>2 North Riverside, Suite 1750, Chicago IL 60606 | Bowles & Verna, LLP<br>2121 N.Calif.Blvd. Suite 875 Walnut Ck, 94596 |
| MY TELEPHONE # OF RECORD:<br>(312) 234-0305 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(925) 935-3300 |
| MY EMAIL ADDRESS OF RECORD:<br>cpenrose@lauriebrennan.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kjones@bowlesverna.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 624643.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/03/13

Craig Penrose
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Craig Penrose is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 9, 2013

_____
UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James

PRO HAC VICE APPLICATION & ORDER

October 2012

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| 2013 REGISTRATION NO. | STATUS | 2013 ADMITTED |
|---|---|---|
| 6243643 | Active | 11/24/1998 |

**Craig Gordon Penrose**

Web Access ID: 1208

INACTIVE ATTORNEYS ARE NOT ENTITLED TO PRACTICE LAW

*[signature]*

ATTORNEY SIGNATURE