1  SUSAN J. FIELD (SBN 086200)
   MUSICK, PEELER & GARRETT LLP
2  One Wilshire Boulevard, Suite 2000
   Los Angeles, California 90017-3383
3  telephone:  213-629-7600
   Facsimile:  213-624-1376
4
   CHAD A. WESTFALL (SBN 208968)
5  601 California Street, Suite 1250
   San Francisco, California 94108-2817
6  Telephone:  415-281-2000
   Facsimile:  415-281-2010
7  E-Mail:       s.field@mpglaw.com
                 c.westfall@mpglaw.com
8  Attorneys for Plaintiff LIBERTY
   SURPLUS INSURANCE
9  CORPORATION

   CRAIG G. PENROSE (PRO HAV VICE)
   LAURIE & BRENNAN, LLC
   2 NORTH RIVERSIDE PLAZA, SUITE1750
   CHICAGO, ILL 60606
   TELEPHONE: (312) 234-0305
   FACSIMILE: (312) 281-9010
   EMAIL:
   CPENROSE@LAURIEBRENNAN.COM

   KENNETH G. JONES (# 196868)
   DEBORAH P. FURTH (# 271678)
   BOWLES & VERNA LLP
   2121 N. CALIFORNIA BLVD., SUITE 875
   WALNUT CREEK, CALIFORNIA 94596
   TELEPHONE: (925) 935-3300
   FACSIMILE: (925) 935-0371
   EMAIL: KJONES@BOWLESVERNA.COM
   DFURTH@BOWLESVERNA.COM
10 Counsel for PERMA-PIPE, INC.

11

# UNITED STATES DISTRICT COURT

12

# NORTHERN DISTRICT OF CALIFORNIA

13

14

15 | LIBERTY SURPLUS INSURANCE CORPORATION,

CASE No. C 13-00908-MEJ

16 | Plaintiff,

**ORDER APPROVING STIPULATION TO ENLARGE TIME FOR FILING OF BRIEFS**

17 | vs.

18 | PERMA-PIPE, INC.

19 | Defendant.

20

21     Upon review of the *Stipulation And [Proposed] Order To Enlarge Time For

22 *Filing Of Briefs* [Dkt. No.     ], by and among Liberty Surplus Insurance Corporation

23 ("Liberty") and Perma-Pipe, Inc. ("Perma-Pipe") and finding good cause for the

24 relief requested therein,

25 IT IS HEREBY ORDERED THAT:

26     1.     The Stipulation is APPROVED.

27     2.     Liberty's Opposition to Perma-Pipe's *Motion To Dismiss, Stay, Or In

28 *The Alternative Motion To Transfer Venue* [Dkt.No. 12] shall be filed and served no

847125.1

1 | later than June 6, 2013

2     3.   Perma-Pipe's Reply shall be filed and served no later than June 21,
3 | 2013.

4     4.   The hearing date for *Motion To Dismiss, Stay, Or In The Alternative*
5 | *Motion To Transfer Venue* [Dkt.No. 12] remains July 11, 2013.

7 | DATED:  5/14/2013                                                   
8 | UNITED STATES DISTRICT COURT JUDGE



MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

847105204478377v1

ORDER